## STATE v. ELIZABETH SOWAM.

Court of Quarter Sessions. New Castle. May, 1803.

*Rodney's Notes.*

*Vandyke* [for State]. *Broom* [for defendant].

Dinah Ford offered as a witness. Objected to by *Broom* that she is black and may be a slave; to entitle her to give evidence she must be a "free black, and no other person present at the time the crime was committed." [3] Del.Laws [81].

Copy of manumission "in the books of Abraham Society" of Dinah by George Clark offered by Attorney General and overruled by the Court.

Thomas Crier, sworn. Have lost money for four years. Always suspected my negro girl. I found her after she had run away last winter, and $22, a lump of sugar, a decanter, etc. Was asked by Mrs. Sowam how much the black girl said she had given her, I told her $100 or $120. She said she thought she did not get so much, what she had got was from time to time in trifles, and was not sure what she had got; she said she supposed she should have to pay what the girl swore to. I told her

if I got my own I was easy about it. She then said she would get what money she could, and give her note for the rest; she gave me $26.

Cross-examined. Never used any threats, was much alarmed when she was before the justice.

*Mr. Broom.* Leach 234. "Goods or chattels." Money within the meaning of the Statute not considered "goods and chattels," [1] Del.Laws 238. In our Act, "goods, wares and merchandises;" therefore indictment will not lie under our Act. Leach 406. "Goods, wares and merchandises" in 11 Will. & Mary made felony, but receiving money not punishable under this statute.

*J. Foster.* On so penal a statute the safer construction is 'to confine the words "goods" to such as are properly the object of sale.

Attorney General. The indictment states the money to have been received knowing the same etc., as in other cases of larceny etc.

*Broom* in conclusion.

The Court consider the Act of Assembly should receive the same construction as the courts have given to the statutes in England on the same expressions, *viz,* that indictment for receiving money will not lie.

Verdict, not guilty, and prisoner discharged.